1  Bingham McCutchen LLP
   DAVID M. BALABANIAN (CA 37368)
2  CHRISTOPHER B. HOCKETT (CA 121539)
   JOY K. FUYUNO (CA 193890)
3  Three Embarcadero Center
   San Francisco, CA  94111-4067
4  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
5
   Bingham McCutchen LLP
6  RICHARD A. RIPLEY (DC 412959)
   1120 20th Street N.W., Suite 800
7  Washington, DC  20036
   Telephone:  (202) 778-6150
8  Facsimile:  (202) 778-6155

9  Attorneys for Defendant
   Intel Corporation
10

11                    UNITED STATES DISTRICT COURT

12                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  TROTTER-VOGEL REALTY, INC. dba            No. C-05-3028-MHP
    PRUDENTIAL CALIFORNIA REALTY,
15  individually, and on behalf of all those similarly   STIPULATION AND [PROPOSED]
    situated                                 ORDER TO EXTEND FILING DATE
16                                           FOR DEFENDANT'S RESPONSE TO
                    Plaintiff,               PLAINTIFFS' COMPLAINT
17      v.

18  INTEL CORPORATION,

19                  Defendant.

20

21          IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

22  COUNSEL AS FOLLOWS:

23          Pursuant to Civil Local Rule 6-2, Defendant Intel Corporation and Plaintiff

24  Trotter-Vogel Realty, Inc., dba Prudential California Realty hereby stipulate that Intel

25  Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the

26  above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings

1  per 28 U.S.C. Section 1407 or, in the alternative, 45 days after any such motion has been denied.

2  The parties request this extension of time to answer or otherwise respond because the plaintiffs

3  in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related

4  matter, have filed a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C.

5  Section 1407, and the above-styled action has been identified as a related action to that petition.

6  As a result the outcome of the pending petition will impact significantly the schedule of this

7  case.

8        This is the first stipulation between the parties.  Because this litigation has just

9  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

10 IT IS HEREBY STIPULATED.
   DATED:  August 12, 2005

11

12       Bingham McCutchen LLP

13

14

15       By: _____*/s/ Joy K. Fuyuno*_____
               JOY K. FUYUNO

16            Attorneys for Defendant
              Intel Corporation

17 DATED:  August ___, 2005

18

19       Cotchett, Pitre, Simon & McCarthy

20

21       By: _____

22            NANCY L. FINEMAN
              Attorneys for Plaintiff

23       Trotter-Vogel Realty, dba Prudential California Realty

24

25

26

**[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, or, in the alternative, 45 days after any such motion has been denied.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___August 19___, 2005

_____
Honorable Marilyn H. Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel