FILED

NOV - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BINGHAM McCUTCHEN LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| 12 | TROTTER-VOGEL REALTY, INC., d/b/a Prudential California Realty, individually and on behalf of all others similarly situated, | No. C-05-3028-MHP |
|---|---|---|
| 13 | | STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407 |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | INTEL CORPORATION, a Delaware corporation, | |
| 17 | Defendant. | |

18

19       WHEREAS, on July 26, 2005, Plaintiff filed the instant action in the Northern
20  District of California ("Trotter-Vogel Action");
21       WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel*
22  *Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the
23  Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for
24  pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Trotter-Vogel
25  Action has been identified as a related action subject to that motion;
26

SF/21642110.1                                                      Case No. C 05-3028 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

1   WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order
2   relating this case to an earlier filed case assigned to her, and canceling or staying certain but not
3   all dates, events and deadlines in the action;

4   WHEREAS, to date, a decision has not been rendered on the MDL Motion;

5   WHEREAS, the outcome of the MDL Motion will impact significantly the
6   schedule of this case;

7   THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,
8   by and among counsel for Plaintiff Trotter-Vogel, and counsel for Defendant Intel Corporation,
9   that any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure,
10  including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal
11  Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order
12  applicable to this case should be stayed pending the outcome of the aforementioned MDL
13  Motion; and

14  IT IS FURTHER STIPULATED by the aforementioned parties that if a case
15  management conference is rescheduled by the Court, the parties shall adjust the dates for any
16  conference, disclosures or reports required by the Local Rules or Federal Rules of Civil
17  Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26
18  accordingly.

19  IT IS HEREBY STIPULATED.

20  Dated:  October 31, 2005                COTCHETT, PITRE, SIMON &
21                                          MCCARTHY

22                                          By:    /s/ Bruce Simon
23                                                 Bruce Simon
                                                   Attorneys for Plaintiff
24                                                 Trotter-Vogel Realty, Inc.

25

26

1 | Dated: October 31, 2005 | BINGHAM McCUTCHEN LLP

3 | | By: _____/s/ Joy K. Fuyuno_____
4 | |              Joy K. Fuyuno
  | |       Attorneys for Defendant
  | |           Intel Corporation

SF/21642110.1                              3                        Case No. C 05-3028 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

**[PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES
PENDING THE OUTCOME OF THE MDL MOTION**

Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order applicable to this case are hereby stayed pending the outcome of the motion to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

Upon the determination of the MDL Motion, if it is necessary for the Court to reschedule a case management conference, the parties shall adjust the dates for any conference, disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26 accordingly.

The parties shall notify the Clerk of Court within 10 days of the decision on the MDL Motion.

IT IS SO ORDERED.

Dated: 11/7/05

_____
Honorable Marilyn H. Patel
United States District Court Judge